UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>John J. Alongi</u>

     v.                          Civil No. 10-cv-48-PB

<u>U.S. Social Security Administration,
Commissioner</u>

## **J U D G M E N T**

In accordance with the Order by Judge Paul Barbadoro dated June 23, 2010, granting defendant's Motion to Remand Under Sentence Four of 42 U.S.C. Section 405(g), judgment is hereby entered.

                                            By the Court,

                                            *James R. Starr*
                                            James R. Starr, Clerk

June 23, 2010

cc:    Counsel of Record